1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
   Post Office Box 5025
4  San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6
7  Attorney for Plaintiff
8  /jgl
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
14
15 TAMMIE L. RIVIORE,              )  Case No:  3:12-cv-01461-EMC
                                   )
16         Plaintiff,              )
                                   )
17 v.                              )  STIPULATION AND  PROPOSED ORDER
                                   )
18 MICHAEL J. ASTRUE,              )
   Commissioner,                   )
19 Social Security Administration, )
                                   )
20                                 )
           Defendant.              )
21                                 )
22
23     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff
24 shall have a first extension of time of (30) days up through and including Wednesday, September
25 19, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by
26 the number of cases (3) the firm presently has pending before this and other district courts that
27 require briefing.
28

MELINDA L. HAAG
United States Attorney

Dated: August 17, 2012

*/s/*
CAROLYN CHEN ON BEHALF OF
TOVA D. WOLKING
Special Assistant U.S. Attorney

Dated: August 17, 2012

*/s/*
HARVEY P. SACKETT
Attorney for Plaintiff
TAMMIE L. RIVIORE

IT IS SO ORDERED.

Dated: August 17, 2012

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER    2