HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE L. RIVIORE, | Case No: 3:12-cv-01461-EMC |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Wednesday, September 19, 2012 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

|  |  |
|---|---|
|  | MELINDA L. HAAG<br>United States Attorney |
| Dated: August 17, 2012 | */s/* <br>CAROLYN CHEN ON BEHALF OF<br>TOVA D. WOLKING<br>Special Assistant U.S. Attorney |
| Dated: August 17, 2012 | */s/* <br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>TAMMIE L. RIVIORE |

IT IS SO ORDERED.

Dated: August 17, 2012

IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER    2

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755