1  HARVEY P. SACKETT (72488)

2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.

3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /jgl

8  Attorney for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  TAMMIE L. RIVIORE,                )   No.: 3:12-cv-01461-EMC
                                      )
14          Plaintiff,                )
                                      )
15                                    )
                                      )
16  v.                                )   STIPULATION AND ORDER FOR
                                      )   DISMISSAL
17                                    )
    MICHAEL J. ASTRUE,                )
18  Commissioner, Social Security     )
    Administration,                   )
19                                    )
                                      )
20          Defendant.                )
                                      )
21  _____

22      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this

23  matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's

24  fees and costs.

25

26

27

28

                                      1
STIPULATION AND ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 12, 2012 | /s/_____<br>TOVA D. WOLKING<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: September 12, 2012 | /s/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>TAMMIE L. RIVIORE |

IT IS SO ORDERED.

Dated: 9/13/12  _____
HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen

2
STIPULATION AND ORDER FOR DISMISSAL