HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE L. RIVIORE, ) | No.: 3:12-cv-01461-EMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER FOR |
| ) | DISMISSAL |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

---

1
STIPULATION AND ORDER FOR DISMISSAL

                                MELINDA L. HAAG
                                United States Attorney

Dated: September 12, 2012        /s/_____
                                    TOVA D. WOLKING
                                    Special Assistant U.S. Attorney
                                    Social Security Administration

Dated:  September 12, 2012       /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    TAMMIE L. RIVIORE

IT IS SO ORDERED.

Dated:   9/13/12                    _____
                                    HON. EDWARD M. CHEN
                                    United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen (seal, United States District Court, Northern District of California)*

2
STIPULATION AND ORDER FOR DISMISSAL